UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Emil Dib Jr.,

                           Plaintiff,

              -against-

City of New York, Jose Alicea, Nicholas Rosado, Antonino
Lopiccolo, James Campiglia,

                           Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

24-CV-88  (PKC) (LKE)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

      [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      December 16    , 2024

Jonathan Tand, Esq.                         MURIEL GOODE-TRUFANT
*Attorney for Plaintiff*                     Acting Corporation Counsel of the
Ripka & Associates LLP                            City of New York
400 Madison Avenue, Ste. 12                 *Attorney for Defendants*
New York, NY 10017                          100 Church Street, 3rd Floor
                                            New York, New York 10007

By: *Jonathan Tand*                         By: _____
      Jonathan Tand                               Adam Bevelacqua
      *Attorney for Plaintiff*                     *Senior Counsel*

                                            SO ORDERED:


                                            _____
                                            HON. Lara K. Eshkenazi
                                            UNITED STATES MAGISTRATE JUDGE

                                            Dated: _____, 2024